**Order entered October 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01384-CV

### IN THE INTEREST OF K.V.K., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

We **GRANT** appellant's October 16, 2015 unopposed second motion for an extension of

time to file a brief.  Appellant shall file a brief by **NOVEMBER 16, 2015**.  We caution appellant

that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE